| CO. | FILE | DEPT. | CLOCK | NUMBER | 576 |
|---|---|---|---|---|---|
| 9GJ | 000182 | 000300 | XN50X | 0015348327 | 1 |

SOLSTICE SENIOR LIVING AT GRAPEVINE
2300 POOL ROAD
GRAPEVINE, TX 76051

## Earnings Statement

Period Beginning: 02/16/2020
Period Ending: 02/29/2020
Pay Date: 03/06/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

### Earnings

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Ot Prem Wk 1 | | | 44.22 | 44.22 |
| Ot Prem Wk 2 | | | 7.81 | 7.81 |
| Regular | 31.2500 | 83.33 | 2,604.06 | 2,604.06 |
| Gross Pay | | | $2,656.09 | 2,656.09 |

### Deductions

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -115.78 | 115.78 |
| | Social Security Tax | -164.68 | 164.68 |
| | Medicare Tax | -38.51 | 38.51 |
| Net Pay | | $2,337.12 | |
| Net Check | | $2,337.12 | |

Your federal taxable wages this period are $2,656.09

### Other Benefits and Information

| Information | this period | total to date |
|---|---|---|
| Ot Hrs Wk1 | 2.83 | |
| Ot Hrs Wk2 | 0.50 | |
| Ot Prem Wk 1 | 15.63 | |
| Ot Prem Wk 2 | 15.62 | |
| Total Work Hrs | 83.33 | |

### Deposits

| Account No. | xxxxx0072 |
|---|---|
| Transit/ABA | xxxx xxxx |
| Pending | |

### Important Notes
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

### Additional Tax Withholding Information
Taxable Marital Status:
  TX: Married
Exemptions/Allowances:
  TX: No State Income Tax

© 2009 ADP, LLC

---

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

9GJ
Payroll check number: 0015348327
Pay date: 03/06/2020

90-477/1222

Pay to the order of: MARK ANTHONY WILLIAMS
This amount: TWO THOUSAND THREE HUNDRED THIRTY SEVEN AND 12/100 DOLLARS          $2337.12

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-9243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
111 Congress Ave
Austin, TX 78701

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 678 |
|---|---|---|---|---|---|
| SGJ | 000182 | 000300 | XN50X | 0000120001 | 1 |

**Earnings Statement**  ADP

SOLSTICE SENIOR LIVING AT GRAPEVINE
2300 POOL ROAD
GRAPEVINE, TX 76051

Period Beginning: 03/01/2020
Period Ending: 03/15/2020
Pay Date: 03/20/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Ot Prem Wk 2 | | | 5.16 | 12.97 |
| Regular | 31.2500 | 71.73 | 2,241.56 | 4,845.62 |
| Ot Prem Wk 1 | | | | 44.22 |
| Gross Pay | | | $2,246.72 | 4,902.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ot Hrs Wk2 | 0.33 | |
| Ot Prem Wk 2 | 15.64 | |
| Total Work Hrs | 71.73 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -66.65 | 182.43 |
| | Social Security Tax | -139.29 | 303.97 |
| | Medicare Tax | -32.58 | 71.09 |
| | Net Pay | $2,008.20 | |
| | Checking | -2,008.20 | 2,008.20 |
| | Net Check | $0.00 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

**Additional Tax Withholding Information**
Taxable Marital Status:
  TX: Married
Exemptions/Allowances:
  TX: No State Income Tax

Your federal taxable wages this period are $2,246.72

© 2009 ADP, LLC



ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Deposited to the account of
MARK ANTHONY WILLIAMS

Advice number: 00000120001
Pay date: 03/20/2020

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0072 | xxxx xxxx | $2,008.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 576 |
|---|---|---|---|---|---|
| 9GJ | 000182 | 000300 | XN50X | 0000140001 | 1 |

SOLSTICE SENIOR LIVING AT GRAPEVINE
2300 POOL ROAD
GRAPEVINE, TX 76051

## Earnings Statement  ADP®

Period Beginning: 03/16/2020
Period Ending: 03/31/2020
Pay Date: 04/07/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Ot Prem Wk 1 | | | 28.44 | 72.66 |
| Ot Prem Wk 2 | | | 1.09 | 14.06 |
| Regular | 31.2500 | 97.79 | 3,055.94 | 7,901.56 |
| **Gross Pay** | | | **$3,085.47** | 7,988.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.30 | 349.73 |
| | Social Security Tax | -191.30 | 495.27 |
| | Medicare Tax | -44.74 | 115.83 |
| **Net Pay** | | **$2,682.13** | |
| | Checking | -2,682.13 | 4,690.33 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ot Hrs Wk1 | 1.82 | |
| Ot Hrs Wk2 | 0.07 | |
| Ot Prem Wk 1 | 15.63 | |
| Ot Prem Wk 2 | 15.57 | |
| Total Work Hrs | 97.79 | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

**Additional Tax Withholding Information**
Taxable Marital Status:
  TX: Married
Exemptions/Allowances:
  TX: No State Income Tax

Your federal taxable wages this period are $3,085.47

© 2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000140001
Pay date: 04/07/2020


THIS IS NOT A CHECK

Deposited to the account of
MARK ANTHONY WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0072 | xxxx xxxx | $2,682.13 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 578 |
|---|---|---|---|---|---|
| 9GJ | 000182 | 000300 | XN50X | 0000170001 | 1 |

# Earnings Statement

**ADP**

SOLSTICE SENIOR LIVING AT GRAPEVINE
2300 POOL ROAD
GRAPEVINE, TX 76051

Period Beginning: 04/01/2020
Period Ending: 04/15/2020
Pay Date: 04/22/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.2500 | 86.14 | 2,691.88 | 10,593.44 |
| Ot Prem Wk 1 | | | | 72.66 |
| Ot Prem Wk 2 | | | | 14.06 |
| **Gross Pay** | | | **$2,691.88** | 10,680.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.63 | 402.36 |
| | Social Security Tax | -132.06 | 627.33 |
| | Medicare Tax | -30.88 | 146.71 |
| | Other | | |
| | Medical | -523.57* | 523.57 |
| | Ts Dental | -30.60* | 30.60 |
| | Vision | -7.83* | 7.83 |
| | **Net Pay** | **$1,914.31** | |
| | Checking | -1,914.31 | 6,604.64 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 86.14 | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

**Additional Tax Withholding Information**
Taxable Marital Status:
  TX:        Married
Exemptions/Allowances:
  TX:        No State Income Tax

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,129.88

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000170001
Pay date: 04/22/2020

© 2000 ADP, LLC

Deposited to the account of
MARK ANTHONY WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0072 | xxxx xxxx | $1,914.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 676 |
|---|---|---|---|---|---|
| 9GJ | 000182 | 000300 | XN50X | 0000190001 | 1 |

SOLSTICE SENIOR LIVING LLC
SOLSTICE SENIOR LIVING AT GRAPEVINE
2333 STATE ST., SUITE 300
CARLSBAD, CA 92008

## Earnings Statement

**ADP**

Period Beginning: 04/16/2020
Period Ending: 04/30/2020
Pay Date: 05/07/2020

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Ot Prem Wk 1 | | | 74.53 | 147.19 |
| Ot Prem Wk 2 | | | 177.34 | 191.40 |
| Regular | 31.2500 | 107.36 | 3,355.00 | 13,948.44 |
| **Gross Pay** | | | **$3,606.87** | 14,287.03 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -162.43 | 564.79 |
| | Social Security Tax | -188.78 | 816.11 |
| | Medicare Tax | -44.15 | 190.86 |
| | Other | | |
| | Medical | -523.57* | 1,047.14 |
| | Ts Dental | -30.60* | 61.20 |
| | Vision | -7.83* | 15.66 |
| **Net Pay** | | **$2,649.51** | |
| | Checking | -2,649.51 | 9,254.15 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ot Hrs Wk1 | 4.77 | |
| Ot Hrs Wk2 | 11.35 | |
| Ot Prem Wk 1 | 15.62 | |
| Ot Prem Wk 2 | 15.62 | |
| Total Work Hrs | 107.36 | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

**Additional Tax Withholding Information**
Taxable Marital Status:
  TX: Married
Exemptions/Allowances:
  TX: No State Income Tax

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,044.87

© 2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000190001
Pay date: 05/07/2020


THIS IS NOT A CHECK

Deposited to the account of
MARK ANTHONY WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0072 | xxxx xxxx | $2,649.51 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 576 |
|---|---|---|---|---|---|
| 9GJ | 000182 | 000300 | XN50X | 0000210001 | 1 |

**Earnings Statement** — ADP

SOLSTICE SENIOR LIVING LLC
SOLSTICE SENIOR LIVING AT GRAPEVINE
2333 STATE ST., SUITE 300
CARLSBAD, CA 92008

Period Beginning: 05/01/2020
Period Ending: 05/15/2020
Pay Date: 05/22/2020

MARK ANTHONY WILLIAMS
1400 RUSTIC TIMBERS
FLOWER MOUND TX 75028

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | other/hours | this period | year to date |
|---|---|---|---|---|
| Ot Prem Wk 1 | | | 37.97 | 185.16 |
| Regular | 31.2500 | 78.38 | 2,449.38 | 16,397.82 |
| Ot Prem Wk 2 | | | | 191.40 |
| **Gross Pay** | | | **$2,487.35** | 16,774.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.09 | 592.88 |
| | Social Security Tax | -119.37 | 935.48 |
| | Medicare Tax | -27.92 | 218.78 |
| | Other | | |
| | Medical | -523.57* | 1,570.71 |
| | Ts Dental | -30.60* | 91.80 |
| | Vision | -7.83* | 23.49 |
| | **Net Pay** | **$1,749.97** | |
| | Checking | -1,749.97 | 11,004.12 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ot Hrs Wk1 | 2.43 | |
| Ot Prem Wk 1 | 15.63 | |
| Total Work Hrs | 78.38 | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

BASIS OF PAY: NA

**Additional Tax Withholding Information**
Taxable Marital Status:
  TX: Married
Exemptions/Allowances:
  TX: No State Income Tax

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,925.35

© 2000 ADP, LLC

ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Deposited to the account of
MARK ANTHONY WILLIAMS

Advice number: 00000210001
Pay date: 05/22/2020

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0072 | xxxx xxxx | $1,749.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**